```
SAMUEL J. STEINER
U.S. Bankruptcy Judge
700 Stewart Street
Seattle, WA  98101

(206) 370-5300
```

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re | ) NO. 05-21410 |
| | ) |
|    ARMADA VANCOUVER CO., | ) Chapter 11 |
| | ) |
|             Debtor. | ) MEMORANDUM OPINION ON MOTION |
| | ) FOR RECONSIDERATION |

    This matter is before the Court on the motion of the debtor for reconsideration of the Court's Order of January 27, 2006, which granted Terry Moss relief from the automatic stay.  The motion will be denied for the following reasons:

    First, according to the debtor, the property has value, the debtor's principal is an experienced developer, and financing for a development should not be difficult to obtain.  If the foregoing is true, it is impossible to believe why the financing wasn't arranged and the development started long ago, and why the debtor had to file this case on the eve of a foreclosure sale.

    Second, this is a single-asset real estate case, where the debtor has not and cannot comply with Section 362(d)(3) of the Bankruptcy Code.

MEMORANDUM OPINION ON MOTION
FOR RECONSIDERATION - 1

1       Third, the record shows that the debtor has very little, if
2 any, equity in the property.
3       DATED: February 16, 2006.

_____
UNITED STATES BANKRUPTCY JUDGE

MEMORANDUM OPINION ON MOTION
FOR RECONSIDERATION - 2